1 | Hart L. Robinovitch (AZ SBN 020910)
**ZIMMERMAN REED LLP**
14648 N. Scottsdale Road, Suite 130
Scottsdale, AZ  85254
Telephone: (480) 348-6400
Facsimile: (480) 348-6415
Email: hart.robinovitch@zimmreed.com

[*Additional Counsel listed below*]

*Attorneys for Plaintiffs*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Cheryl McCulley, *et al.*, *individually and on behalf of all others similarly situated*,<br><br>Plaintiffs,<br><br>v.<br><br>Banner Health,<br><br>Defendant. | No.  23-CV-00985-PHX-SPL<br><br>**JOINT SETTLEMENT REPORT AND MOTION FOR TEMPORARY STAY PENDING MEDIATION** |

Under the Court's Rule 16 Case Management Order (Dkt. # 50), the Court ordered that "[a]ll parties and their counsel shall meet in person and engage in good faith settlement talks no later than October 24, 2025." (Dkt. # 50). The parties hereby report as follows:

Over the course of the past several months, the parties and their counsel have met both in person and by phone repeatedly to discuss a potential resolution of this case. These discussions have not been fruitful until the last week, as the Court's October 24 deadline approached. On Friday, October 24, the parties agreed to and have now scheduled a mediation to take place with Bruce A. Friedman, Esq., of JAMS in Los Angeles. Mr. Friedman is an experienced mediator for these website privacy cases and counsel for the parties have mediated several similar cases with Mr. Friedman, each time resulting in a classwide resolution. The January 12 mediation date the parties scheduled was Mr. Friedman's earliest available date.

The parties respectfully request from the Court a temporary stay of the case deadlines pending the mediation. There will be extensive work that needs to be done to prepare for the mediation, including mediation statements and obtaining all the necessary authorities for settling this putative nationwide class action case. Moreover, the parties anticipate exchanging more detailed information regarding the settlement structure and the potential settlement class as the mediation approaches. Finally, the parties believe that completing the class certification briefing will require both parties to incur substantial costs before the January 12 mediation, including and in particular expert costs, that will make reaching a resolution on January 12 with Mr. Friedman more difficult.

For all of these reasons, the parties respectfully request a temporary stay of the case deadlines pending the parties' mediation with Mr. Friedman on January 12. *See, e.g., Zwicky v. Diamond Resorts Inc.*, Dkt. # 118 (order granting stay), Case No. CV-20-02322, *stay noted at* 2024 WL 1717553, at *2 (D. Ariz. Apr. 22, 2024) (granting joint motion to stay pending mediation; "because this is a complex class action case, the Court finds good cause to grant a temporary stay of 45 days") (citing *In re Hyundai & Kia Fuel Econ. Litig.*, 926 F.3d 539, 556 (9th Cir. 2009)); *Williams v. PillPack LLC*, 2024 WL 1091710, at *1 (D. Wash. Mar. 13, 2024) (same; "Here, good cause exists to modify the schedule to allow the parties time to conduct a mediation and to focus their efforts on settlement rather than on potentially unnecessary litigation."); *Swearingen v. Amazon.com Servs., Inc.*, 2021 WL 602711, at *2 (D. Or. Feb. 16, 2021) (granting contested stay pending mediation; "A district court has inherent power to control the disposition of the causes on its docket in a manner which will promote economy of time and effort for itself, for counsel, and for litigants.") (quoting *CMAX, Inc. v. Hall*, 300 F.2d 265, 268 (9th Cir. 1962)).

The parties further agree that they will report to the Court on or before January 19, 2026, as to whether or not the mediation with Mr. Friedman was successful. If the mediation was not successful, the parties agree to the re-entry of a Case Management Order that will include the same length deadlines as in the current case scheduling order for class certification briefing.

1  Thus, this brief pause of the current deadlines will serve to make a potential settlement of the case more likely, while at the same time not significantly delaying the proceedings.

Accordingly, for each of the reasons stated above, the parties respectfully request a temporary stay of the case management deadlines pending the parties' mediation with Mr. Friedman on January 12, with the parties to report to the Court on or before January 19, 2026 whether or not that mediation was successful, and with either the entry of a preliminary approval briefing schedule or a revised class certification briefing schedule containing the same time frame for completing the briefing at that time.

Dated this 27th day of October, 2025.        Respectfully submitted,

By:    /s/ *Hart L. Robinovitch*
**ZIMMERMAN REED LLP**
Hart L. Robinovitch (AZ SBN 020910)
Ryan J. Ellersick (AZ SBN 038805)
14648 N. Scottsdale Road, Suite 130
Scottsdale, AZ 85254
Telephone: (480) 348-6400
Facsimile: (480) 348-6415
Email: hart.robinovitch@zimmreed.com

**ALMEIDA LAW GROUP LLC**
David S. Almeida *(pro hac vice)*
Elena A. Belov *(pro hac vice)*
849 W. Webster Avenue
Chicago, Illinois 60614
Tel: (312) 576-3024
david@afmeidalawgroup.com
elena@almeidalawgroup.com

**LEVI & KORSINSKY, LLP**
Mark S. Reich
55 Broadway, 4th Floor, Suite 427
New York, NY 10006
Telephone: (212) 363-7500
Facsimile: (212 363-7171
Email: mreich@zlk.com

**GALLAGHER & KENNEDY, P.A.**
Kevin D. Neal
William F. King
Kenneth N. Ralston
2575 East Camelback Road
Phoenix, Arizona 85016-9225

**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
Gary M. Klinger
227 W. Monroe Street, Suite 2100
Chicago, IL 60606
Telephone: (866) 252-0878
gklinger@milberg.com
Glen L. Abramson
Alexandra M. Honeycutt
800 S. Gay Street, Suite 1100
Knoxville, TN 3 7929
Telephone: 866 252-0878
gabramson@milberg.com
ahoneycutt@milberg.com

**CHESTNUT CAMBRONNE PA**
Bryan L. Bleichner
Philip J. Krzeski
100 Washington Avenue South, Suite 1700
Minneapolis, MN 55401
Phone: (612) 339-7300
Fax: (612) 336-2940
bbleichner@chestnutcambronne.com
pkrzeski@cliestnutcambronne.com

**MARKOVITS, STOCK & DEMARCO, LLC**
Terence R. Coates
Dylan J. Gould
119 E. Court St., Ste. 530
Cincinnati, Ohio 4502
Phone: (513) 651-3700
Fax: (513) 665-0219
tcoates@msdlegal.com
dgould@msdlegal.com

**THE LYON FIRM**
Joseph M. Lyon
2754 Erie Ave.
Cincinnati, Ohio 45208
Phone: (513) 381-2333
Fax: (513) 766-9011
jlyon@thelyonfirm.com

**PEREZ LAW GROUP PLLC**
Cristina Perez Hesano
7508 N 59th Ave.
Glendale, AZ 85301
623-826-5593
Email: cperez@perezlawgroup.com

*Attorneys for Plaintiffs*

By:   /s/ *Casie D. Collignon*
**LANG THAL KING & HANSON**

4

George H. King
Brian J. Pouderoyen
6730 N. Scottsdale Rd., Suite 101
Scottsdale, AZ 85253

**BAKER & HOSTETLER LLP**
Casie D. Collignon *(pro hac vice)*
ccollignon@bakerlaw.com
1801 California Street, Suite 4400
Denver, CO 80202

Alexander Vitruk *(pro hac vice)*
avitruk@bakerlaw.com
999 Third Avenue, Suite 3900
Seattle, WA 98104

Jonathan S. Maddalone *(pro hac vice)*
jmaddalone@bakerlaw.com
1050 Connecticut Ave, N.W.
Suite 1100
Washington, D.C. 20036

*Attorneys for Defendant Banner Health*