Hart L. Robinovitch (AZ SBN 020910)
**ZIMMERMAN REED LLP**
14648 N. Scottsdale Road, Suite 130
Scottsdale, AZ 85254
Telephone: (480) 348-6400
Email: hart.robinovitch@zimmreed.com

[*Additional Counsel listed below*]

*Attorneys for Plaintiffs*

George H. King
**LANG THAL KING & HANSON**
6730 N. Scottsdale Rd., Suite 101
Scottsdale, AZ 85253
Telephone: (480) 534-4875
Email: gking@lang.law

[*Additional Counsel listed below*]

*Attorneys for Defendant*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Cheryl McCulley, *et al.*, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>Banner Health,<br><br>Defendant. | No. 23-CV-00985-PHX-SPL<br><br><br>**NOTICE OF SETTLEMENT** |

Pursuant to L.R. 40.2(d), plaintiffs Cheryl McCulley, Rebecca Blount, Cindy Freriks, Jill Schreidl, Demetria Ann Santiago-Laboy, Oscar Irazaba, Dianna Williams, Faith Robeson, and Tamil Caroll, individually and on behalf of all others similarly situated, and defendant Banner Health (collectively, the "Parties") respectfully notify the Court that, following negotiations facilitated by Bruce A. Friedman, *Esq.* of JAMS Mediation, Arbitration, and ADR Services, the Parties have reached an agreement in principle to resolve all claims asserted in this action through a class action settlement.

Accordingly, the Parties request that the Court vacate and stay all pending deadlines. Should the Court have any questions or wish to discuss this matter further, the Parties are available at the Court's convenience.

Dated this 4th day of February 2026.

Respectfully submitted,

By: /s/ Hart L. Robinovitch

**ZIMMERMAN REED LLP**
Hart L. Robinovitch (AZ SBN 020910)
Ryan J. Ellersick (AZ SBN 038805)
14648 N. Scottsdale Road, Suite 130
Scottsdale, AZ 85254
Telephone: (480) 348-6400
Facsimile: (480) 348-6415
Email: hart.robinovitch@zimmreed.com

**ALMEIDA LAW GROUP LLC**
David S. Almeida *(pro hac vice)*
Elena A. Belov *(pro hac vice)*
849 W. Webster Avenue
Chicago, Illinois 60614
Tel: (312) 576-3024
david@afmeidalawgroup.com
elena@almeidalawgroup.com

**LEVI & KORSINSKY, LLP**
Mark S. Reich
55 Broadway, 4th Floor, Suite 427
New York, NY 10006
Telephone: (212) 363-7500
Facsimile: (212 363-7171
Email: mreich@zlk.com

**GALLAGHER & KENNEDY, P.A.**
Kevin D. Neal
William F. King
Kenneth N. Ralston
2575 East Camelback Road

Phoenix, Arizona 85016-9225

**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
Gary M. Klinger
227 W. Monroe Street, Suite 2100
Chicago, IL 60606
Telephone: (866) 252-0878
gklinger@milberg.com
Glen L. Abramson
Alexandra M. Honeycutt
800 S. Gay Street, Suite 1100
Knoxville, TN 3 7929
Telephone: 866 252-0878
gabramson@milberg.com
ahoneycutt@milberg.com

**CHESTNUT CAMBRONNE PA**
Bryan L. Bleichner
Philip J. Krzeski
100 Washington Avenue South, Suite 1700
Minneapolis, MN 55401
Phone: (612) 339-7300
Fax: (612) 336-2940
bbleichner@chestnutcambronne.com
pkrzeski@cliestnutcambronne.com

**MARKOVITS, STOCK & DEMARCO, LLC**
Terence R. Coates
Dylan J. Gould
119 E. Court St., Ste. 530
Cincinnati, Ohio 4502
Phone: (513) 651-3700
Fax: (513) 665-0219
tcoates@msdlegal.com
dgould@msdlegal.com

**THE LYON FIRM**
Joseph M. Lyon
2754 Erie Ave.
Cincinnati, Ohio 45208
Phone: (513) 381-2333
Fax: (513) 766-9011
jlyon@thelyonfirm.com

**PEREZ LAW GROUP PLLC**
Cristina Perez Hesano
7508 N 59th Ave.
Glendale, AZ 85301
623-826-5593
Email: cperez@perezlawgroup.com

*Attorneys for Plaintiffs*

By: */s/ David Carney*

**LANG THAL KING & HANSON**
George H. King
Brian J. Pouderoyen
6730 N. Scottsdale Rd., Suite 101
Scottsdale, AZ 85253

**BAKER & HOSTETLER LLP**
David Carney (*pro hac vice*)
dcarney@bakerlaw.com
127 Public Square, Suite 2000
Cleveland, OH 44114
216-621-0200

Casie D. Collignon *(pro hac vice)*
ccollignon@bakerlaw.com
1801 California Street, Suite 4400
Denver, CO 80202

Alexander Vitruk *(pro hac vice)*
avitruk@bakerlaw.com
999 Third Avenue, Suite 3900
Seattle, WA 98104

Jonathan S. Maddalone *(pro hac vice)*
jmaddalone@bakerlaw.com
1050 Connecticut Ave, N.W.
Suite 1100
Washington, D.C. 20036

*Attorneys for Defendant*