IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Cheryl McCulley, et al., | No.  CV-23-00985-PHX-SPL |
| Plaintiffs, | No.  CV-23-01054-PHX-SPL (consol.)<br>No.  CV-23-01228-PHX-SPL (consol.) |
| vs. | |
| Banner Health, | **ORDER** |
| Defendant. | |

Before the Court is the parties' Notice of Voluntary Dismissal (Doc. 38). *See Sample v. Qwest Commc'ns Co.*, No. CV 10–08106–PCT–NVW, 2012 WL 1880611, at * 3 (D. Ariz. May 22, 2012) (noting that parties may stipulate to dismiss a class action without judicial approval where the class has not been certified). Good cause appearing,

**IT IS ORDERED** that this consolidated matter is **dismissed without prejudice** in its entirety.

**IT IS FURTHER ORDERED** that the Clerk of Court shall **terminate** this consolidated action accordingly.

Dated this 12th day of February, 2026.

Honorable Steven P. Logan
United States District Judge